Exhibit A

06/09/2008 MON 10:43 FAX            ☑002/007

## Signature Card

Date Opened: 01/05/2006      By: Donna Wolfe

### Institution Name & Address

Sovereign Bank New England
75 State St
Boston Ma 02110

**IMPORTANT ACCOUNT OPENING INFORMATION:** Federal law requires us to obtain sufficient information to verify your identity. You may be asked several questions and to provide one or more forms of identification to fulfill this requirement. In some instances we may use outside sources to confirm the information. The information you provide is protected by our privacy policy and federal law.

Enter Business Entity information below. There is additional Owner/Signer information space on page 2.

### Owner/Signer Information 1

| | |
|---|---|
| Name | ANDREW T MILLER |
| Address (No P.O. Boxes) | 32 STUART ST NEWTON MA 02459 |
| Mailing Address (if different) | |
| Home Phone | (617)416-6586 |
| Work Phone | (617)517-9311 |
| Mobile Phone | |
| E-Mail | |
| Birth Date | 03/25/65 |
| SSN/TIN | 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 |
| Country of Citizenship | United States |
| Primary ID | XC - IDing TM _____ Sup Approval _____ |
| Secondary ID | EC - |
| Occupation | PRESIDENT & CO FOUNDER |
| Employer's Name & Address | INTERNET REAL ESTATE.COM 123 NEWBURY ST 2ND FL BOSTON MA 02116 |
| Mother's Maiden Name | |

### Business Entity Information

| | |
|---|---|
| Name | ESCOM LLC |
| EIN | 20-4038609 |
| Phone | (617)517-9312 |
| Mobile Phone | |
| E-Mail | |
| State/Country & Date of Organization | DE / 01/04/08 |
| Nature of Business | MARKETING |
| Address (No P.O. Boxes) | 123 NEWBURY ST 2ND FLOOR BOSTON MA 02116 |
| Mailing Address (if different) | |
| Primary Purpose of Account | Operating |
| Percentage of International Operation or Sales | 0% |
| ChexSystems Inquiry Performed | ☑ Yes ☐ No ☐ Result |

### Internal Use

**Account Title & Address**

ESCOM LLC

123 NEWBURY ST 2ND FLOOR
BOSTON MA 02116

### Ownership of Account

The specified ownership will remain the same for all accounts.

☐ Individual      ☐ Corporation - For Profit
☐ Joint with Survivorship   ☐ Corporation - Nonprofit
☐ Informal Trust      ☐ Partnership
          ☐ Sole Proprietorship
          ☑ Limited Liability Company
          ☐ Unincorporated Association

☐ Formal Trust-Separate Agreement Dated: _____
☐

| Type of Account | Account # | Initial Deposit Source |
|---|---|---|
| Checking | 61904955806 | $ 10.00 ☑ Cash ☐ Check |
| | | $ ☐ Cash ☐ Check ☐ |

Number of signatures required for withdrawal: 1

### Signature(s)

The undersigned authorize the financial institution to investigate credit and employment history and obtain reports from consumer reporting agency(ies) on them as individuals. Except as otherwise provided by law or other documents, each of the undersigned is authorized to make withdrawals from the account(s), provided the required number of signatures indicated above is satisfied. The undersigned personally and as, or on behalf of, the account owner(s) agree to the terms of, and acknowledge receipt of copy(ies) of, the following:

☑ Deposit Account Agreement ☐ Rate Information ☐ Privacy Policy
☑ Fee Schedule ☐ CD Disclosure
☐

[x _____ ]
Qualifile ___ Approved ___ Sup. Approval___

[x _____ ]
Qualifile ___ Approved ___ Sup. Approval___

[x _____ ]
Qualifile ___ Sup. Approval___

[x _____ ]
Qualifile ___ Sup. Approval___

☐ Authorized Signer (If checked and account is individual and consumer purpose, the last of the above signers is an Authorized Signer.)

Experies © 2003 Bankers Systems, Inc., St. Cloud, MN Form SOV-MPMP-MA 9/24/2003

page 1 of 1

Page: 1 Document Name: untitled

```
DDMAIN            Demand Deposit Display Main      3037     06/06/08

Acct 6190016494940      PMA ACCOUNT           RATE INDEX   432   Pg 1 of 2
A---------------------------CRF WINDOW-------------------------------------.
L | ESCOM LLC                          Alpha-key      ESCOMLLC01         -- |
L | 304 NEWBURY ST STE 487             TIN            20-4038609         LL |
C | BOSTON MA 02115-2839               Birth date     01/04/2006          0 |
  |                                    Home phone     000-000-0000        2 |
  |                                    Work phone     617-517-9312       FF |
  |                                                                       0 |
  |------Account Holders-------  --Acct Rel--   ----Demand Deposit----   08 |
  | ESCOM LLC                    PRIMARY        Branch  0619 Area  0619   07 |
  | PETER HUBSHMAN               ORG-OFFICER    Officer 015 Class 10005   07 |
  | ANDREW T MILLER              ORG-OFFICER                              -- |
  | DONN WORBY                   ORG-OFFICER                               0 |
  |------------Customer Comments----------       --Emp- --Date--         00 |
A |                                                                      00 |
H | (NO COMMENTS ON FILE FOR THIS CUSTOMER.)                             00 |
F |                                                                      ND |
H |                                                                         |
  |                    F3=Exit                                              |
C '.------------------------------------------------------------------------'
```

## LIMITED LIABILITY COMPANY AUTHORIZATION RESOLUTION

**Sovereign Bank New England**          By: **ESCOM LLC**
75 State St                                                      (Limited Liability Company)
Boston Ma 02110

                                                            **123 NEWBURY ST 2ND FLOOR**
                                                                          (Address)

                                                            **BOSTON MA 02116**
                                                                  (City, State and Zip Code)

A. I, **PETER HUBSHMAN**_____, certify that I am a manager of, or a member designated to act on behalf of, the above named limited liability company organized under the laws of **DELAWARE**_____, Federal Employer I.D. Number **20-4038609**_____; engaged in business under the trade name of **ESCOMLLC**_____; and that the following is a correct copy of resolutions adopted at a duly and properly called meeting held on **01/04/2006**_____ of all members of the limited liability company or the person or persons designated by the members of the limited liability company to manage the limited liability company as provided in the articles of organization or an operating agreement, hereinafter referred to as "Managers". These resolutions appear in the minutes of that meeting and have not been rescinded or modified.

B. Be it resolved that,

(1) The Financial Institution named above is designated as a depository for the funds of this limited liability company.
(2) This resolution shall continue to have effect until express written notice of its rescission or modification has been received and recorded by this Financial Institution.
(3) All transactions, if any, with respect to any deposits, withdrawals, rediscounts and borrowings by or on behalf of this limited liability company with this Financial Institution prior to the adoption of this resolution are hereby ratified, approved and confirmed.
(4) Any of the persons named below, so long as they act in a representative capacity as agents of this limited liability company, are authorized to make any and all other contracts, agreements, stipulations and orders which they may deem advisable for the effective exercise of the powers indicated below, from time to time with this Financial Institution, concerning funds deposited in this Financial Institution, moneys borrowed from this Financial Institution or any other business transacted by and between this limited liability company and this Financial Institution subject to any restrictions stated below.
(5) Any and all prior resolutions adopted by the Managers of this limited liability company and certified to this Financial Institution as governing the operation of this limited liability company's account(s), are in full force and effect, unless supplemented or modified by this authorization.
(6) This limited liability company agrees to the terms and conditions of any account agreement, properly opened by any authorized representative(s) of this limited liability company. The Financial Institution may charge this limited liability company for all checks, drafts, or other orders for the payment of money that are drawn on the Financial Institution which contain the required number of signatures for this purpose. The Financial Institution may rely on facsimile signatures, regardless of by whom or by what means the facsimile signature(s) may have been affixed so long as they resemble the facsimile signature specimens in section C, or the facsimile signature specimens that this limited liability company files with the Financial Institution from time to time.

C. If indicated, any person listed below (subject to any expressed restrictions) is authorized to:

| | Name and Title | Signature | Facsimile Signature (if used) |
|---|---|---|---|
| (a) | ANDREW MILLER    PRESIDENT | | |
| (b) | PETER HUBSHMAN    CEO | | |
| (c) | | | |
| (d) | | | |

Indicate a, b, c and/or d

**A,B**_____ (i) Exercise all of the powers listed in (ii) through (vi).

_____ (ii) Open any deposit or checking account(s) in the name of this limited liability company.

_____ (iii) Endorse checks and orders for the payment of money and withdraw funds on deposit with this Financial Institution.
                          Number of authorized signatures required for this purpose_____

_____ (iv) Borrow money on behalf and in the name of this limited liability company, sign, execute and deliver promissory notes or other evidences of indebtedness.
                          Number of authorized signatures required for this purpose_____

_____ (v) Endorse, assign, transfer, mortgage or pledge bills receivable, warehouse receipts, bills of lading, stocks, bonds, real estate or other property now owned or hereafter owned or acquired by this limited liability company as security for sums borrowed, and to discount the same, unconditionally guarantee payment of all bills received, negotiated or discounted and to waive demand, presentment, protest, notice of protest and notice of non-payment.
                          Number of authorized signatures required for this purpose_____

_____ (vi) Enter into written lease for the purpose of renting and maintaining a Safe Deposit Box in this Financial Institution.
                          Number of authorized persons required to gain access to and terminate the lease_____

D. I further certify that the Managers of this limited liability company have, and at the time of adoption of this resolution had, full power and lawful authority to adopt the foregoing resolutions and to confer the powers granted to the persons named who have full power and lawful authority to exercise the same.

In Witness Whereof, I have hereunto subscribed my name and affixed the seal, if any, of this limited liability company on
**01/05/2006**_____
(date)

Manager_____

Seal                                              Attest by One Other Manager_____

© 1992, 1985 Bankers Systems, Inc., St. Cloud, MN (1-800-397-2341) Form LLC-1 3/14/94                              (page 1 of 1)

06/09/2008 MON 10:45 FAX                                                              ☑007/007

## Signature Card                    Date Opened: 01/05/2006              By: Donna Wolfe

### Institution Name & Address

Sovereign Bank New England
75 State St
Boston Ma 02110

### Internal Use

#### Account Title & Address

ESCOM LLC

123 NEWBURY ST 2ND FLOOR
BOSTON MA 02116

**IMPORTANT ACCOUNT OPENING INFORMATION:** Federal law requires us to obtain sufficient information to verify your identity. You may be asked several questions and to provide one or more forms of identification to fulfill this requirement. In some instances we may use outside sources to confirm the information. The information you provide is protected by our privacy policy and federal law.

Enter Business Entity Information below. There is additional Owner/Signer Information space on page 2.

### Ownership of Account

The specified ownership will remain the same for all accounts.

- ☐ Individual
- ☐ Joint with Survivorship
- ☐ Informal Trust
- ☐ Corporation - For Profit
- ☐ Corporation - Nonprofit
- ☐ Partnership
- ☐ Sole Proprietorship
- ☒ Limited Liability Company
- ☐ Unincorporated Association

☐ Formal Trust-Separate Agreement Dated: _____
☐

### Owner/Signer Information 1

| Field | Value |
|---|---|
| Name | ANDREW T MILLER |
| Address (No P.O. Boxes) | 32 STUART ST NEWTON MA 02459 |
| Mailing Address (if different) | |
| Home Phone | (617)416-6586 |
| Work Phone | (617)517-9311 |
| Mobile Phone | |
| E-Mail | |
| Birth Date | 03/25/65 |
| SSN/TIN | 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 |
| Country of Citizenship | United States |
| Primary ID | AC - IDing TM  Sup Approval |
| Secondary ID | EC - |
| Occupation | PRESIDENT & CO FOUNDER |
| Employer's Name & Address | INTERNET REAL ESTATE.COM 123 NEWBURY ST 2ND FL BOSTON MA 02116 |
| Mother's Maiden Name | |

### Type of Account / Account # / Initial Deposit/Source

| Type of Account | Account # | Initial Deposit/Source |
|---|---|---|
| Checking | 619904955806 | $ 10.00 ☒ Cash ☐ Check |
| GA00164A40 MONEY MKT | | $ ☐ Cash ☐ Check |

Number of signatures required for withdrawal: 1

### Signature(s)

The undersigned authorize the financial institution to investigate credit and employment history and obtain reports from consumer reporting agency(ies) on them as individuals. Except as otherwise provided by law or other documents, each of the undersigned is authorized to make withdrawals from the account(s), provided the required number of signatures indicated above is satisfied. The undersigned personally and as, or on behalf of, the account owner(s) agree to the terms of, and acknowledge receipt of copy(ies) of, the following:

- ☒ Deposit Account Agreement
- ☒ Fee Schedule
- ☐ Rate Information
- ☐ CD Disclosure
- ☐ Privacy Policy
- ☐

[x                                                    ]

Qualifile _Approved_    Sup. Approval _____

[x                                                    ]

Qualifile _Approved_    Sup. Approval _____

[x                                                    ]

Qualifile _____    Sup. Approval _____

[x                                                    ]

Qualifile _____    Sup. Approval _____

### Business Entity Information

| Field | Value |
|---|---|
| Name | ESCOM LLC |
| EIN | 20-4038609 |
| Phone | (617)517-9312 |
| Mobile Phone | |
| E-Mail | |
| State/Country & Date of Organization | DE / 01/04/06 |
| Nature of Business | MARKETING |
| Address (No P.O. Boxes) | 123 NEWBURY ST 2ND FLOOR BOSTON MA 02116 |
| Mailing Address (if different) | |
| Primary Purpose of Account | Operating |
| Percentage of International Operation or Sales | 0% |
| ChexSystems Inquiry Performed | ☒ Yes ☐ No  Reason NO RECORD  MERLIN |

☐ Authorized Signer (If checked and account is individual and consumer purpose, the last of the above signers is an Authorized Signer.)

Experis ©2003 Bankers Systems, Inc., St. Cloud, MN Form SOV-MPMP-MA 9/24/2003

(page 1 of 2)

Exhibit B

CHECKING, SAVINGS AND MONEY MARKET CLOSEOUT WITHDRAWAL

CUSTOMER NAME    ESCOM          DATE    3/4/08

CUSTOMER ADDRESS

WRITTEN AMOUNT    Three thousand, four hundred, three & 35/100

CUSTOMER
SIGNATURE

Date 03/04/08 17:24 Teller 002
Withdrawal
AN: *#####5806                    Seq: 102
                          0619
Transaction Amount:
Prior Day Closing Bal:    $3,403.35
Current Balance:          $3,403.35
Available Balance:    $

ACCOUNT NUMBER                                          AMOUNT

61904955806            3,403.35

⑈5637⑈5594⑈

---

CaptureDate:03/04/2008 Account:61904955806 AltAcct:61904955806 Amount:$3,403.35 RT:56375594 TC:94 OrigTC:0
SerialNumber:0 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:- SequenceNumber:433152440 IRD:0 BLNK:0

0433152440  >211370299<
R026 B39 P1 SOVEREIGN
03/04/2008 BOSTON,MA

Exhibit C

06/09/2008 MON 10:44 FAX @005/007

**CHECKING SAVINGS AND MONEY MARKET CLOSE OUT WITHDRAWAL**

CUSTOMER NAME _ESCOM LLC_   DATE _3/4/08_

CUSTOMER ADDRESS

WRITTEN AMOUNT _Three Hundred, four thousand eighthundred, sixty nine & 62/100_

CUSTOMER SIGNATURE

Withdra 03/04/08 17:26 Tir 003   0
AN 61900164940           Seo 0075   0619
Amt    304,849.62

ACCOUNT NUMBER   AMOUNT

_61900164940_   $ _304,849.62_

⑈5637⑈5594⑈

CaptureDate:03/04/2008 Account:61900164940 AltAcct:61900164940 Amount:$304,849.62 RT:56375594 TC:94 OrigTC:0
SerialNumber:0 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:- SequenceNumber:433153670 IRD:0 BLNK:0

0433153670   >211370299<
R026 B40 P1 SOVEREIGN
03/04/2008 BOSTON,MA

Exhibit D

06/09/2008 MON 10:00 FAX

06/09/2008 MON 7:57 FAX

Ø005/005

Ø002/002

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT   CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM

**Sovereign Bank**

0038106

**OFFICIAL CHECK**

Memo:

$*********304,849.62

03/04/2008

Branch: 0619

Void If Amount Over $*********304,849.62

PAY TO THE
ORDER OF

ESCOM LLC.

DRAWER: SOVEREIGN BANK   ISSUED BY: SOVEREIGN BANK

Drawer: Sovereign Bank

AUTHORIZED SIGNATURE

⑆0038106⑆ ⑆011075150⑆ 98500936889⑆

CaptureDate:03/05/2008 Account:98500936889 AltAcct:98500936889 Amount:$304,849.62 RT:11075150 TC:90 OrigTC:0
SerialNumber:38106 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:- SequenceNumber:433875940 IRD:0

FEDERAL RESERVE BANK REGULATION CC

0433875940   >211370299<
RO20 B53 PO SOVEREIGN
03/05/2008 BOSTON MA

# Exhibit E

06/26/2008 THU 9:41 FAX                                                    ☑002/002

03/06/2008 THU 13:56   FAX 617 262 2724'                                   ☑002/002

 **Sovereign Bank**

### Confirmation of Endorsement Form

**Depositor/Customer Information**

Depositor/Customer Name: PRIVILEY LLC
(please print)                                  Account Number: 619001685O2

Address: 2 INTERNATIONAL PLAC 16, BOSTON MA 02110
(street, city, state and zip)

**Payee Information**

I am named as a payee on the following check:

Check No. 0038106 dated 3/04/08 in the amount of $304,849.62

Name of maker: SOVEREIGN BANK

Name of bank check is drawn on: SOVEREIGN

Name(s) of payee(s): ESCOM LLC A SUBSIDIARY OF PRIVILEY LLC

**Check One**

☐ I represent and warrant that I endorsed the foregoing check and transferred it to:
_____ [name of depositor/customer].

☑ I represent and warrant that I transferred for consideration but without endorsement the forgoing check to:
_____ [name of depositor/customer]. I hereby warrant to subsequent transferees of
the check, as of the time of my transfer, the same warranties that would have been provided to them as a matter of law under
UCC § 3-416 by virtue of my endorsement if I had endorsed the check, namely, that: 1) I am a person entitled to enforce the check. 2)
All signatures on the check are authentic and authorized. 3) The check has not been altered. 4) The check is not subject to a defense or
claim in recoupment of any party which can be asserted against me. 5) I have no knowledge of any insolvency proceeding
commenced with respect to the maker, acceptor or drawer of the check.

**Signature**

In consideration of the acceptance of the check by Sovereign Bank (the "Bank") for deposit into an account and/or negotiation in
which I hold no interest or signing authority, I hereby agree to be subject to the remedies provided in UCC § 3-416(b).

(Instructions: If payee is signing this form in the presence of a CBO Team Member, the CBO team member completes the Witness section and documents the payee's
identification. Other wise the form must be notarized.)

Witness:
CBO TM Signature: _____          Payee Signature: _____

CBO TM Name: ROBBY THOMAS          Payee Name: _____
(please print)                                        (please print)

Payee ID: MTL #5 381 62650 ex 7/5/011 BD
                                                      7/1/83
Payee ID: _____

**Notary Information**

On this 8th day of MARCH 08, before me, the undersigned notary public, personally appeared
CHRISTOPHER BRITT proved to me through satisfactory evidence of identification, which was MASS DRIVERS LIS
to be the person whose name is signed above, and acknowledged to me that he/she (strike one) signed it voluntarily for its stated
purpose.

_____
Notary Public
My commission expires _____

ROBBY A. THOMAS
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS
MY COMMISSION EXPIRES 04/24/2009

**CBO Information - FOR BANK USE ONLY**

CBO Team Member Name: ROBBY THOMAS          Date: 3/6/08

CBO Name: BACK BAY          CBO Number: 0418

Instructions: Forward the original completed form to LP&S via interoffice mail at MC: MA1-MB3-02-05

Effective 06/01
Revised 11/18/05

07/01/2008    15:17    DOWNTOWN BOSTON REGION → 916032257053    NO.686    P01
617 262 2724
06/26/2008 THU 17:08   FAX 617 262 2724    @001/001

## Sovereign Bank®
### Confirmation of Endorsement Form

**Depositor/Customer Information**

Depositor/Customer Name: _Priviley LLC_    Account Number: _6190016850 3_
*(please print)*
Address: _2 International PL FL 16   Boston MA 02110_
*(street, city, state and zip)*

**Payee Information**

I am named as a payee on the following check:

Check No. _0038106_ dated _3/4/08_ in the amount of _$304,849.62_
Name of maker: _SOVEREIGN BANK_
Name of bank check is drawn on: _SOVEREIGN_
Name(s) of payee(s) _E-SCOM LLC_

**Check One**

☐ I represent and warrant that I endorsed the foregoing check and transferred it to: _____
[name of depositor/customer].
☒ represent and warrant that I transferred for consideration but without endorsement the forgoing check to:
_PRIVILEY LLC_
[name of depositor/customer]. I hereby warrant to subsequent transferees of
the check, as of the time of my transfer, the same warranties that would have been provided to them as a matter of law under
UCC § 3-416 by virtue of my endorsement if I had endorsed the check, namely, that: 1) I am a person entitled to enforce the check. 2)
All signatures on the check are authentic and authorized. 3) The check has not been altered. 4) The check is not subject to a defense or
claim in recoupment of any party which can be asserted against me. 5) I have no knowledge of any insolvency proceeding
commenced with respect to the maker, acceptor or drawer of the check.

**Signature**

In consideration of the acceptance of the check by Sovereign Bank (the "Bank") for deposit into an account and/or negotiation in
which I hold no interest or signing authority, I hereby agree to be subject to the remedies provided in UCC § 3-416(b).

*(Instructions: if payee is signing this form in the presence of a CBO Team Member, the CBO team member completes the Witness section and documents the payee's
identification. Other wise the form must be notarized.)*

Witness:
CBO TM Signature: _____    Payee Signature: _____
CBO TM Name: _ROBBY THOMAS_    Payee Name: _Peter Hobshman_
*(please print)*    *(please print)*
Payee ID: _MA #: 582094035_
Payee ID: _____

**Notary Information**

On this _6TH_ day of _MARCH_ _2008_, before me, the undersigned notary public, personally appeared
_Peter Hirshman_ proved to me through satisfactory evidence of identification, which was _MDL_
to be the person whose name is signed above, and acknowledged to me that he/she (strike one) signed it voluntarily for its stated
purpose.

Notary Public: _____
My commission expires: _____

ROBBY A. THOMAS
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS
MY COMMISSION EXPIRES 01/11/2013

**CBO Information – FOR BANK USE ONLY**

CBO Team Member Name: _ROBBY THOMAS_    Date: _3/6/08_
CBO Name: _BACK BAY_    CBO Number _0418_

Instructions: Forward the original completed form to LP&S via interoffice mail at MC: MA1-MB3-02-05

Effective 06/01
Revised 11/18/05

Exhibit F



*101000046*
09/25/2007
6614133216

This is a LEGAL COPY of
your check. You can use
the same way you would
use the original check.

[0110751501]   09/24/2007
0428345350

BRIAN LEE SCOTT
JENNIFER ANN SCOTT TTEES
SCOTT FAMILY TRUST
11721 CREEK BLUFF DR
POWAY, CA 92064

Pay to the
Order of   Phone.com LLC

One Hundred Fifty thousand 00

Date  9/23/07

$ 150,000.00

Dollars

Fidelity
UMB Bank
Warsaw, National Association

For   Investment - IRA

1020

80-588/1012

EXPENSE CODE

1:101205681:102 28 7710744944 18 1
1:101205681:10 28 7710744944 18 1

1:10120568:102 28 7710744944 18 1 001500000

Exhibit G

Statement Period 03/01/08 TO 03/31/08



61904967991   # 1079   03/03/08   $2,085.00

61904967991   # 1081   03/03/08   $351.75

61904967991   # 1082   03/03/08   $1,146.80

61904967991   # 1083   03/07/08   $1,000.00

61904967991   # 1086   03/03/08   $17,710.89

61904967991   # 1087   03/03/08   $5,612.00

61904967991

page 6 of 8

*Deposited into Prwitey, LLC Account

Exhibit H

**Statement Period 04/01/07 TO 04/30/07**



61904802552      # 1001      04/26/07      $6,500.00

Statement Period 06/01/07 TO 06/30/07



61904802552    # 1002    06/08/07    $9,000.00

61904802552    # 1004    06/18/07    $7,500.00



61904802552    # 1005    07/18/07    $7,500.00

Statement Period 08/01/07 TO 08/31/07

CONSULTANTS.COM ACQUISITION GROUP, LLC

1006

PAY TO THE ORDER OF   Finley LLC

$ **10,000.00

Ten Thousand and 00/100************************************************************************ DOLLARS

Finley LLC

MEMO

61904802552    # 1006    08/13/07    $10,000.00



# Exhibit I

## CLAIMS BY ESCOM LLC, PHONE.COM LLC & CONSULTANTS.COM LLC

On behalf of Sovereign Bank ("Bank") customers Escom LLC ("Escom"), Phone.com LLC ("Phone"), and Consultants.com LLC ("Consultants"), demand is hereby made that Bank promptly reimburse these entities a total of $500,961.62 for the negligence and other wrongs of the Bank described below. In each of these cases, the forgeries and/or frauds of Mr. Christopher Britt ("Britt") would not have been possible (and no harm would have come to Escom, Phone or Consultants) had not Bank acted in a negligent and wrongful fashion.

Contact by Bank on this matter to Escom, Phone and/or Consultants should be through the following attorneys for these entities:

Brian H. Leventhal, Esq.          Geoffrey R. Bok, Esq.
General Counsel                   Stoneman, Chandler & Miller
WashingtonVC                      99 High Street
600 Jefferson Street, Suite 320   Boston, MA  02110
Rockville, MD  20852              Tel: 617-542-6789
Tel: 301-775-9240                 Fax:   617-556-8989
Fax: 301-576-3538                 gbok@scmllp.com
bleventhal@washingtonvc.com

Please note that there may be additional transactions upon which claims will be made against Bank.

As requested by Bank, these matters were reported to the Office of the U.S. Attorney in Boston – which sent Escom, Phone and Consultants to talk to officials at the U.S. Postal Inspection Service at 495 Summer Street, Boston MA 02210. A meeting on these matters was held on June 17, 2008 with Postal Inspector/Fraud Team Leader Ms. Shelly A. Binkowski (tel: 617-556-4417) and Postal Inspector Ms. Kelly Blood (tel: 617-556-0429) who will be investigating this matter for possible criminal prosecution.

1.     $304,849.62 Claim of Escom

As shown on the attached documents, the only approved signatories on the Escom accounts at Bank in March 2008 were Andrew Miller and Peter Hubshman. Yet, on March 4, 2008, Britt went to a Bank branch office in Boston and without authority (i) closed the Escom checking account (61904955806) and transferred the $3,403.36 balance to Escom's money market account (61900164940), and (ii) then closed the Escom's money market account (61900164940) and put the entire balance of this account ($304,849.62) into a Bank "official check" (0038106) made out to "ESCOM LLC"). Bank then gave this check to Britt. Britt then deposited this check made out to Escom without any endorsement into a Bank account that does not belong to Escom.

Bank's culpability on this claim is thus multiple – e.g., allowing Britt to close the Escom checking account, allowing Britt to close the Escom money market account, allowing Britt to

1

remove the closing proceeds from these accounts through the Bank's "official check", and finally allowing Britt to deposit the "official check" made out to Escom into a non-Escom account rather than sending these proceeds to Escom.

2.    $150,000 Claim of Phone

As shown on the attached documents, a Fidelity Check for $150,000 from Mr. Brian Lee Scott and others that was made out to "Phone.com LLC" was deposited, apparently by Britt, into Bank account 61900068503 (which is not a Phone.com account) without consent from Phone.com.

Thus, Bank's culpability on this claim is allowing Britt to deposit a $150,000 check made out to Phone.com into a non-Phone.com account without a valid endorsement from any Phone account signatory.

3.    $5,612 Claim of Phone

As shown on the attached statement, Britt took a Phone check from its Bank checking account (61904967991) for $5,612.00 made out to "American Express" and deposited this check without any signature of endorsement into a Bank account not belonging to either American Express or Phone (apparently it was deposited into a Priviley LLC account controlled by Britt).

Thus, Bank's culpability on this claim is allowing Britt to deposit a $5,612 check made out to American Express into a non- American Express or Phone.com account without a valid endorsement from any American Express or Phone account signatory.

4.    $40,500 Claim of Consultants

As shown on the attached documents, Britt forged the signatures of the authorized signatories on Consultants' checking account (61904802552) on check numbers 1001, 1002, 1004, 1005, and 1006 – which total $40,500. All of these checks are made out to Priviley LLC, a business that Britt owns and that has no business relationship with Consultants.

Thus, Bank's culpability on this claim is allowing Britt to deposit these five forged checks into his Priviley account without a valid endorsement from any Consultants account signatory.

2

06/09/2008 MON 9:59 FAX                                                    ☑001/005



# Fax

| To: | From: |
|---|---|
| BRIAN | **Donna Wolfe, Vice President** |
| | Dwolfe@sovereignbank.com |

| Company: | Date: |
|---|---|
| | 6-9-08 |

| Fax Number: | Total No. of Pages Including Cover: |
|---|---|

| Phone Number: | Sender's Phone Number: |
|---|---|
| | 617-236-2901 |

| RE: | Sender's Fax Number: |
|---|---|
| | 617-859-7937 |

___ Urgent        ☐ For Review        ☐ Please Comment        ☐ Please Reply

PRUDENTIAL BRANCH -800 BOYLSTON ST- BOSTON.MA 02199
617-236-0772- MA1 CBO 0619

*This fax message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender and destroy the message. Thank you.*



# ☀ Sovereign Bank

Commonwealth/State of __Massachusetts_____

County of ____Suffolk_____

### AFFIDAVIT OF FORGERY

The undersigned, residing at the address given below, states that the check/draft/withdrawal described below has been examined and the item is disputed on the grounds of:

- ☒ Forged or Unauthorized Signature
- ☐ Forged or Unauthorized Endorsement
- ☐ Altered Amount/Payee/Date
- ☐ Endorsement Not as Drawn

Substitute Check Involved ☐Yes _- Complete Online Adjustment Form and send Affidavit to Adj. Dept
Verbally Authorized Checks ☐Yes _- Complete Online Adjustment Form and send Affidavit to Adj. Dept

|   |            |         |             |         |             |           |   |
|---|------------|---------|-------------|---------|-------------|-----------|---|
| 1 | Withdrawal | 3/04/08 | $304,849.62 | 3/04/08 | 61900164940 | Escom LLC |   |
| 2 |            |         |             |         |             |           |   |
| 3 |            |         |             |         |             |           |   |
| 4 |            |         |             |         |             |           |   |
| 5 |            |         |             |         |             |           |   |
| 6 |            |         |             |         |             |           |   |

(Use separate form for each additional 5 items)

I certify that I have not authorized any person to sign, endorse, or alter the item described above. I further certify that I have received no proceeds or any other benefit from the unauthorized payment/ negotiation of this item.

By my signature below, I agree to assist or testify on behalf of Sovereign Bank in the resolution and/or prosecution of this matter. I understand that if I fail to provide such assistance, the bank may treat that failure as ratification of the allegedly unauthorized conduct, which could result in the denial of reimbursement of my claim. _____ **(Customer initial)**

*If any check listed above is a remotely created draft, I hereby certify that I did not authorize the issuance of the remotely created check in the amount stated on the check or to the payee named on the check.*

Signature    (1)    _____

Sworn to and subscribed before me

this _____ day of _____    (2)    _____

Notary Public _____    (3)    _____

_____

Date: _____ Time: _____

**MAIL TO:** **Loss Prevention & Security**    **Fraud Claims**    **MA1 MB3 02-05**

Revised 05.25.07

**A. SUPPLEMENT TO AFFIDAVIT OF FORGERY:** _____ Date: _____

1. Affiant's Residential Address:
_____ Phone: _____

2. Business Address
_____ Phone _____

**FORGED SIGNATURE:**

3. Checks taken from:   (Address & specific location)
_____ Date taken: _____

4. Quantity taken:
_____ Serial No's _____

5. How were checks obtained by the forger?   ☐ Burglary   ☐ Larceny
Additional comments:

6. Police Department and case number: (Hard Copy preferred)

7. Does Affiant know the payee?                    ☐ Yes          ☐ No
Explain:

8. Was anything else missing? (Identification, ATM card, Credit Card) ☐ Yes ☐ No  If yes, please describe below:


**FORGED ENDORSEMENT:**

9. Did the payee ever have possession of the check?      ☐ Yes          ☐ No

10. Did the payee endorse the check?                     ☐ Yes          ☐ No

**FORGED WITHDRAWAL:**

11. Savings account type:          Passbook              Statement

12. Where was the passbook/register kept?

13 How was the passbook taken              ☐ Burglary    ☐ Larceny

14. Who had access to the passbook/register?


**ALTERATIONS:**
15. How is the item altered?
              Amount              Date           Payee name

**B. GENERAL:**
16. Does affiant suspect a specific person?               ☐ Yes          ☐ No

State Name & Address:


**MAIL TO:**   **Loss Prevention & Security**   **Fraud Claims**.   **MA1 MB3 02-05**

Revised 05.25.07

06/09/2008 MON 10:00  FAX                                                    ☒004/005

17. Does affiant know a person fitting the suspect's description?    ☐ Yes          ☐ No
    State Name & Address:
_____



CaptureDate:03/05/2008 Account:98500936889 AltAcct:98500936889 Amount:$304,849.62 RT:11075150 TC:90 Orig?C:0
SerialNumber:38106 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:- SequenceNumber:433875940 IRD:0

06/09/2008 MON 10:43  FAX                                          ☑001/007



### Sovereign Bank

# Fax

| To: | From: |
|---|---|
| BRIAN | **Donna Wolfe, Vice President** |
| | Dwolfe@sovereignbank.com |
| Company: | Date: 6-9-08 |
| Fax Number: | Total No. of Pages Including Cover: 6 7 |
| Phone Number: | Sender's Phone Number: 617-236-2901 |
| RE: | Sender's Fax Number: 617-859-7937 |

_ Urgent        ☐ For Review        ☐ Please Comment        ☐ Please Reply

PRUDENTIAL BRANCH -800 BOYLSTON ST- BOSTON.MA 02199
617-236-0772- MA1 CBO 0619

This fax message contains information which may be confidential and privileged.  Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender and destroy the message.  Thank you.

06/09/2008 MON 10:43 FAX　　　　　　　　　　　　　　　　　　　　　　　　Ø002/007

## Signature Card　　　　　　Date Opened: 01/05/2006　　　　By: Donna Wolfe

### Institution Name & Address

Sovereign Bank New England
75 State St
Boston Ma 02110

**IMPORTANT ACCOUNT OPENING INFORMATION:** Federal law requires us to obtain sufficient information to verify your identity. You may be asked several questions and to provide one or more forms of identification to fulfill this requirement. In some instances we may use outside sources to confirm the information. The information you provide is protected by our privacy policy and federal law.

Enter Business Entity Information below. There is additional Owner/Signer Information space on page 2.

### Owner/Signer Information 1

| | |
|---|---|
| Name | ANDREW T MILLER |
| Address (No P.O. Boxes) | 32 STUART ST NEWTON MA 02459 |
| Mailing Address (if different) | |
| Home Phone | (617)416-6586 |
| Work Phone | (617)517-9311 |
| Mobile Phone | |
| E-Mail | |
| Birth Date | 03/25/65 |
| SSN/TIN | 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 |
| Country of Citizenship | United States |
| Primary ID | XC - IDing TM ___ Sup Approval ___ |
| Secondary ID | EC - |
| Occupation | PRESIDENT & CO FOUNDER |
| Employer's Name & Address | INTERNET REAL ESTATE.COM 123 NEWBURY ST 2ND FL BOSTON MA 02116 |
| Mother's Maiden Name | |

### Business Entity Information

| | |
|---|---|
| Name | ESCOM LLC |
| EIN | 20-4038609 |
| Phone | (617)517-9312 |
| Mobile Phone | |
| E-Mail | |
| State/Country & Date of Organization | DE / 01/04/06 |
| Nature of Business | MARKETING |
| Address (No P.O. Boxes) | 123 NEWBURY ST 2ND FLOOR BOSTON MA 02116 |
| Mailing Address (if different) | |
| Primary Purpose of Account | Operating |
| Percentage of International Operation or Sales | 0% |
| ChexSystems Inquiry Performed | ☒ Yes ☐ No |

### Internal Use

#### Account Title & Address

ESCOM LLC

123 NEWBURY ST 2ND FLOOR
BOSTON MA 02116

#### Ownership of Account

The specified ownership will remain the same for all accounts.

☐ Individual
☐ Joint with Survivorship
☐ Informal Trust
☐ Corporation - For Profit
☐ Corporation - Nonprofit
☐ Partnership
☐ Sole Proprietorship
☒ Limited Liability Company
☐ Unincorporated Association
☐ Formal Trust-Separate Agreement Dated: _____

| Type of Account | Account # | Initial Deposit Source |
|---|---|---|
| Checking | 61904955806 | $ 10.00  ☒ Cash ☐ Check |
| | | ☐ Cash ☐ Check |

Number of signatures required for withdrawal: 1

#### Signature(s)

The undersigned authorize the financial institution to investigate credit and employment history and obtain reports from consumer reporting agency(ies) on them as individuals. Except as otherwise provided by law or other documents, each of the undersigned is authorized to make withdrawals from the account(s), provided the required number of signatures indicated above is satisfied. The undersigned personally and as, or on behalf of, the account owner(s) agree to the terms of, and acknowledge receipt of copy(ies) of, the following:

☒ Deposit Account Agreement　☐ Rate Information　☐ Privacy Policy
☒ Fee Schedule　　　　　　　☐ CD Disclosure

[x _____ ]
Qualifile Approved ___ Sup. Approval ___

[x _____ ]
Qualifile Approved ___ Sup. Approval ___

[x _____ ]
Qualifile ___ Sup. Approval ___

[x _____ ]
Qualifile ___ Sup. Approval ___

☐ Authorized Signer (If checked and account is individual and consumer purpose, the last of the above signers is an Authorized Signer.)

Exßeres © 2003 Bankers Systems, Inc., St. Cloud, MN Form SOV-MPMP-MA 9/24/2003　　　(page 1 of 2)

## Escom LLC

6190495580G

324 Newbury Street
Suite #167
Boston, MA  02115
(617) 517-9301

March 6, 2008

Dear Sir or Madam:

I authorize Christopher Britt to sign on behalf of Escom and also request that you remove Peter Hubshman from the Escom bank accounts.

Andrew Miller
Manager, Domain Name Acquisition Group LLC

3/6/08

06/09/2008 MON 10:44  FAX                                                                    Ø004/007

Page: 1 Document Name: untitled

```
DDMAIN          Demand Deposit Display Main        3037      06/06/08

Acct 6190016494940      PMA ACCOUNT          RATE INDEX    432    Pg 1 of 2
A----------------------------------CRF WINDOW---------------------------------15
  ESCOM LLC                            Alpha-key     ESCOMLLC01         |--
L 304 NEWBURY ST STE 487               TIN          20-4038609         LL
C BOSTON MA 02115-2839                 Birth date    01/04/2006          0
                                       Home phone   000-000-0000         2
                                       Work phone   617-517-9312        FF
                                                                         0
  -------Account Holders-------    --Acct Rel--  ----Demand Deposit-----   08
  ESCOM LLC                        PRIMARY       Branch  0619 Area   0619   07
  PETER HUBSHMAN                   ORG-OFFICER   Officer 015 Class 10005    07
  ANDREW T MILLER                  ORG-OFFICER
  DONN WORBY                       ORG-OFFICER
  --------Customer Comments--------   --Emp- --Date--                     --
A                                                                          00
H (NO COMMENTS ON FILE FOR THIS CUSTOMER.)                                00
F                                                                         00
H                                                                         ND

               F3=Exit

C
```

☑005/007

CHECKING, SAVINGS AND MONEY MARKET CLOSE OUT WITHDRAWAL

CUSTOMER NAME   ESCOM LLC       DATE  3/4/08

CUSTOMER ADDRESS

WRITTEN AMOUNT   Three HUNDRED, four thousand eighthundred, forty nine & 62/100

CUSTOMER
SIGNATURE

Withdra Dk 03/04/08 17:26 Tir 003   0
AN 61900164940         Seq 0075   0619
Amt   304,849.62

ACCOUNT NUMBER                                                      AMOUNT

61900164940          $        304,849.62

⑆5637⑆5594⑆

CaptureDate:03/04/2008 Account:61900164940 AltAcct:61900164940 Amount:$304,849.62 RT:56375594 TC:94 OrigTC:0
SerialNumber:0 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:- SequenceNumber:433153670 IRD:0 BLNK:0

0433153670   >211370299<
R026 B40 P1 SOVEREIGN
03/04/2008 BOSTON,MA

06/09/2008 MON 10:44 FAX                                                                              ☒006/007

## LIMITED LIABILITY COMPANY AUTHORIZATION RESOLUTION

**Sovereign Bank New England**                      By: **ESCOM LLC**
75 State St                                                         (Limited Liability Company)
Boston Ma 02110
                                                                    **123 NEWBURY ST 2ND FLOOR**
                                                                    (Address)

                                                                    **BOSTON MA 02116**
                                                                    (City, State and Zip Code)

A. I, PETER HUBSHMAN _____ , certify that I am a manager of, or a member designated to act on behalf of,
the above named limited liability company organized under the laws of DELAWARE _____ , Federal Employer I.D. Number
20-4038609 _____ ; engaged in business under the trade name of ESCOMLLC _____
_____ ; and that the following is a correct copy of resolutions adopted at a duly and properly
called meeting held on 01/04/2006 _____ of all members of the limited liability company or the person or persons
designated by the members of the limited liability company to manage the limited liability company as provided in the articles of organization or
an operating agreement, hereinafter referred to as "Managers". These resolutions appear in the minutes of that meeting and have not been
rescinded or modified.

B. Be it resolved that,

(1) The Financial Institution named above is designated as a depository for the funds of this limited liability company.

(2) This resolution shall continue to have effect until express written notice of its rescission or modification has been received and recorded by
this Financial Institution.

(3) All transactions, if any, with respect to any deposits, withdrawals, rediscounts and borrowings by or on behalf of this limited liability
company with this Financial Institution prior to the adoption of this resolution are hereby ratified, approved and confirmed.

(4) Any of the persons named below, so long as they act in a representative capacity as agents of this limited liability company, are authorized
to make any and all other contracts, agreements, stipulations and orders which they may deem advisable for the effective exercise of the
powers indicated below, from time to time with this Financial Institution, concerning funds deposited in this Financial Institution, moneys
borrowed from this Financial Institution or any other business transacted by and between this limited liability company and this Financial
Institution subject to any restrictions stated below.

(5) Any and all prior resolutions adopted by the Managers of this limited liability company and certified to this Financial Institution as governing
the operation of this limited liability company's account(s), are in full force and effect, unless supplemented or modified by this authorization.

(6) This limited liability company agrees to the terms and conditions of any account agreement, properly opened by any authorized
representative(s) of this limited liability company. The Financial Institution may charge this limited liability company for all checks, drafts, or
other orders for the payment of money that are drawn on the Financial Institution which contain the required number of signatures for this
purpose. The Financial Institution may rely on facsimile signatures, regardless of by whom or by what means the facsimile signature(s) may
have been affixed so long as they resemble the facsimile signature specimens in section C, or the facsimile signature specimens this limited
liability company files with the Financial Institution from time to time.

C. If indicated, any person listed below (subject to any expressed restrictions) is authorized to:

| | Name and Title | Signature | Facsimile Signature (if used) |
|---|---|---|---|
| (a) | ANDREW MILLER    PRESIDENT | | |
| (b) | PETER HUBSHMAN    CEO | | |
| (c) | | | |
| (d) | | | |

Indicate a, b, c and/or d

A.B _____ (i) Exercise all of the powers listed in (ii) through (vi).

_____ (ii) Open any deposit or checking account(s) in the name of this limited liability company.

_____ (iii) Endorse checks and orders for the payment of money and withdraw funds on deposit with this Financial
Institution.    Number of authorized signatures required for this purpose _____

(iv) Borrow money on behalf and in the name of this limited liability company, sign, execute and deliver promissory
notes or other evidences of indebtedness.

Number of authorized signatures required for this purpose _____

_____ (v) Endorse, assign, transfer, mortgage or pledge bills receivable, warehouse receipts, bills of lading, stocks, bonds,
real estate or other property now owned or hereafter owned or acquired by this limited liability company as
security for sums borrowed, and to discount the same, unconditionally guarantee payment of all bills received,
negotiated or discounted and to waive demand, presentment, protest, notice of protest and notice of
non-payment.    Number of authorized signatures required for this purpose _____

(vi) Enter into written lease for the purpose of renting and maintaining a Safe Deposit Box in this Financial Institution.

Number of authorized persons required to gain access and to terminate the lease _____

D. I further certify that the Managers of this limited liability company have, and at the time of adoption of this resolution had, full power and
lawful authority to adopt the foregoing resolutions and to confer the powers granted to the persons named who have full power and lawful
authority to exercise the same.

In Witness Whereof, I have hereunto subscribed my name and affixed the seal, if any, of this limited liability company on
01/05/2006 _____
(date)

_____
Manager

_____                                          _____
Seal                                                     Attest by One Other Manager

© 1992, 1985 Bankers Systems, Inc., St. Cloud, MN (1-800-397-2341) Form LLC-1 3/14/94                                          (page 1 of 1)

06/09/2008 MON 10:45 FAX                                                                 ☑007/007

## Signature Card

Date Opened: 01/05/2006                                                    By: Donna Wolfe

| Institution Name & Address | Internal Use |
|---|---|

**Sovereign Bank New England**
**75 State St**
**Boston Ma 02110**

**Account Title & Address**

ESCOM LLC

123 NEWBURY ST 2ND FLOOR
BOSTON MA 02116

**IMPORTANT ACCOUNT OPENING INFORMATION:** Federal law requires us to obtain sufficient information to verify your identity. You may be asked several questions and to provide one or more forms of identification to fulfill this requirement. In some instances we may use outside sources to confirm the information. The information you provide is protected by our privacy policy and federal law.

Enter Business Entity Information below. There is additional Owner/Signer Information space on page 2.

### Ownership of Account

The specified ownership will remain the same for all accounts.

| ☐ Individual | ☐ Corporation - For Profit |
|---|---|
| ☐ Joint with Survivorship | ☐ Corporation - Nonprofit |
| ☐ Informal Trust | ☐ Partnership |
| | ☐ Sole Proprietorship |
| | ☒ Limited Liability Company |
| | ☐ Unincorporated Association |
| ☐ Formal Trust-Separate Agreement Dated: _____ | |
| ☐ | |

| Type of Account | Account # | Initial Deposit/Source |
|---|---|---|
| Checking | 61904965806 | $ 10.00   ☒ Cash  ☐ Check  ☐ ___ |
| 6190016494O MONEY MKT | | $ ___  ☐ Cash  ☐ Check  ☐ ___ |

Number of signatures required for withdrawal: _1_

### Owner/Signer Information 1

| Name | ANDREW T MILLER |
|---|---|
| Address (No P.O. Boxes) | 32 STUART ST NEWTON MA 02469 |
| Mailing Address (if different) | |
| Home Phone | (617)416-6586 |
| Work Phone | (617)517-9311 |
| Mobile Phone | |
| E-Mail | |
| Birth Date | 03/25/65 |
| SSN/TIN | 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 |
| Country of Citizenship | United States |
| Primary ID | KC - IDing TM / Sup Approval |
| Secondary ID | EC - |
| Occupation | PRESIDENT & CO FOUNDER |
| Employer's Name & Address | INTERNET REAL ESTATE.COM 123 NEWBURY ST 2ND FL BOSTON MA 02116 |
| Mother's Maiden Name | |

### Business Entity Information

| Name | ESCOM LLC |
|---|---|
| EIN | 20-4038609 |
| Phone | (617) 517-9312 |
| Mobile Phone | |
| E-Mail | |
| State/Country & Date of Organization | DE / 01/04/06 |
| Nature of Business | MARKETING |
| Address (No P.O. Boxes) | 123 NEWBURY ST 2ND FLOOR BOSTON MA 02116 |
| Mailing Address (if different) | |
| Primary Purpose of Account | Operating |
| Percentage of International Operation or Sales | 0% |
| ChexSystems Inquiry Performed | ☒ Yes ☐ No  Reason: NO RECORD MERLIN |

### Signature(s)

The undersigned authorize the financial institution to investigate credit and employment history and obtain reports from consumer reporting agency(ies) on them as individuals. Except as otherwise provided by law or other document, each of the undersigned is authorized to make withdrawals from the account(s), provided the required number of signatures indicated above is satisfied. The undersigned personally and as, or on behalf of, the account owner(s) agree to the terms of, and acknowledge receipt of copy(ies) of, the following:

☒ Deposit Account Agreement  ☐ Rate Information  ☐ Privacy Policy
☒ Fee Schedule                ☐ CD Disclosure
☐

[ x                                                                          ]

Qualifile _Approved_        Sup. Approval_____

[ x                                                                          ]

Qualifile _Approved_        Sup. Approval_____

[ x                                                                          ]

Qualifile _____     Sup. Approval_____

[ x                                                                          ]

Qualifile _____     Sup. Approval_____

☐ Authorized Signer (If checked and account is individual and consumer purpose, the last of the above signers is an Authorized Signer.)

Experis © 2003 Bankers Systems, Inc., St. Cloud, MN Form SOV-MPMP-MA 9/24/2003

(page 1 of 2)

06/09/2008 MON 12:51  FAX                                                    ☑001/005
06/09/2008 MON 10:46                              iR3025                          ☑001

```
                          ******************
                          *** TX REPORT ***
                          ******************


JOB NO.              2457
ST. TIME             06/09 10:42
PGS.                 7
SEND DOCUMENT NAME

TX/RX INCOMPLETE     -----
TRANSACTION OK       13015763538
ERROR                -----
```



# Fax

| To: | From: |
|---|---|
| BRIAN | **Donna Wolfe, Vice President** |
| | Dwolfe@sovereignbank.com |
| Company: | Date: 6-9-08 |
| Fax Number: | Total No. of Pages Including Cover: 4 |
| Phone Number: | Sender's Phone Number: 617-236-2901 |
| RE: | Sender's Fax Number: 617-859-7937 |

_ Urgent        ☐ For Review        ☐ Please Comment        ☐ Please Reply

**Statement Period 03/01/08 TO 03/31/08**
**Primary Account #: 61904955806**

100000 -0
ESCOM LLC
304 NEWBURY ST STE 487
BOSTON MA 02115-2839

*For your convenience our Business*
*Solution Center is available Monday*
*through Friday, 8:00 a.m. to 6:00 p.m.*
*Call us at 1-877-768-1145.*
*www.sovereignbank.com*



7 0 3 4 0

## Accept credit and debit payments and get next-day funds access!

Offer your customers the payment choices they really want—and get
faster access to that cash. With Sovereign Merchant Services, you'll
benefit from:
* Next business day access to your funds (1)
* Affordable processing for businesses of any size
* Acceptance of all major credit cards and debit cards via terminals,
telephone, Internet or mail order
* A full range of terminals and integrated point-of-sale systems
* Online account reconciliation and reporting
* State-of-the-art hardware and software

To get all the details on Sovereign Merchant Services, call the
toll-free number at the top of this page, visit us online at
sovereignbank.com, or email us at specserv@sovereignbank.com.

(1) Next-day funds access for VISA and MasterCard credit and
signature-based debit card transactions only. Available when linked
to your Sovereign business checking account and when all outlined
procedures are followed.

06/09/2008 MON 12:52  FAX                                                                    ☑003/005

Statement Period 03/01/08 TO 03/31/08
PRIMARY ACCOUNT #: 61904955806

| FREE BUSINESS CHECKING | Statement Period 03/01/08 - 03/31/08 |
|---|---|

*ESCOM LLC*                                              *Account # 61904955808*

## Balances

| Beginning Balance | $3,403.35 | Ending Balance | $0.00 |
|---|---|---|---|
| Deposits/Credits | + $0.00 | Average Daily Balance | $5,472.32 |
| Withdrawals/Debits | - $3,403.35 | | |

## Account Activity

| Date | Description | Credits | Debits | Balance |
|---|---|---|---|---|
| 03-01 | Beginning Balance | | | $3,403.35 |
| 03-04 | CLOSING TRANSACTION | | $3,403.35 | $0.00 |
| 03-31 | Ending Balance | | | $0.00 |



CHECKING, SAVINGS AND MONEY MARKET CLOSEOUT WITHDRAWAL

CUSTOMER NAME  ESCOM                    DATE  3/4/08

CUSTOMER ADDRESS

WRITTEN AMOUNT  Three thousand, four hundred, three & 35/100

CUSTOMER
SIGNATURE

Date 03/04/08 17:24 Teller 002
Withdrawal
AN: #######5806            0619      Seq: 102
Transaction Amount:
Prior Day Closing Bal:        $3,403.35
Current Balance:              $3,403.35
Available Balance:   $

ACCOUNT NUMBER                                          AMOUNT

61904955806                              3,403.35

⑆5637⑈5594⑈

CaptureDate:03/04/2008 Account:61904955806 AltAcct:61904955806 Amount:$3,403.35 RT:56375594 TC:94 OrigTC:0
SerialNumber:0 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:- SequenceNumber:433152440 IRD:0 BLNK:0

0433152440   >811370299<
R026 B39 P1 SOVEREIGN
03/04/2008 BOSTON,MA

06/09/2008 MON 12:52 FAX                                          ☑005/005

**ADVICE OF CREDIT**          Sovereign Bank Now England          M1DO2ANE (rev date 04/08)

| DATE | 3/4/08 |
| PREPARED BY | |
| APPROVED BY | |

CUSTOMER NAME: CScan

WE CREDIT YOUR ACCOUNT AS FOLLOWS:

☐ FEE REBATE                                ☐ DEPOSIT CORRECTION

☐ LOAN DISBURSEMENT                         ☐ OTHER

DETAILS OF TRANSACTION (REQUIRED):

Acct Trans

Date 03/04/08 17:24 Teller 002
Deposit
AN: **#####4940          0619          Seq: 103
Transaction Amount:
Prior Day Closing Bal:          $3,403.35
Current Balance:          $301,764.62   TOTAL AMOUNT
Available Balance:          $304,849.62
                           $          $304,849.62

ACCOUNT NUMBER

6190016494O

⑈5637⑈5530⑈

3,403.35

CaptureDate:03/04/2008 Account:61900164940 AltAcct:61900164940 Amount:$3,403.35 RT:56375530 TC:30 OrigTC:0
SerialNumber:0 CaptureSite:610 DbCr:C EndPoint:0 AdjustmentFlag:~ Onus\Transit:- SequenceNumber:433152430 IRD:0 BLNK:0

0433152430  >11370299<
R026 B39 P1 SOVEREIGN
03/04/2008 BOSTON,MA

Exhibit J

# STONEMAN, CHANDLER & MILLER LLP

99 HIGH STREET
BOSTON, MASSACHUSETTS 02110

TELEPHONE (617) 542-6789

FACSIMILE (617) 556-8989

WWW.SCMLLP.COM

ALAN S. MILLER
ROBERT CHANDLER
CAROL CHANDLER
KAY H. HODGE
ROBERT G. FRASER
REBECCA L. BRYANT
GEOFFREY R. BOK

NANCY N. NEVILS
JOAN L. STEIN
JOHN M. SIMON
KATHERINE D. CLARK
ANDREA L. BELL
COLBY C. BRUNT

MIRIAM K. FREEDMAN
OF COUNSEL

July 9, 2008

<u>By Certified Mail - RRR</u>

Mr. Joseph P. Campanelli
President and CEO
Sovereign Bancorp, Inc.
Sovereign Bank
P.O. Box 12646
Reading, PA  19612

Re:  <u>Claims of Escom LLC, Phone.com LLC, Consultants.com LLC</u>

Dear Mr. Campanelli:

On behalf of Sovereign Bank ("Bank") customers Escom LLC ("Escom"), Phone.com LLC ("Phone"), and Consultants.com LLC ("Consultants"), formal demand is hereby made pursuant to Mass. Gen. L. c. 93A that Bank within thirty (30) days of your receipt of this demand letter agree to reimburse or repay promptly these entities a total of $500,961.62 for the unfair and deceptive trade practices described below.  This demand is made on both Bank and its parent Sovereign Bancorp, Inc.

As I am sure Bank knows, Chapter 93A fully applies to the treatment by a bank of one of its customers.  <u>See generally</u> <u>Gossels v. Fleet National Bank</u>, 69 Mass. App. Ct. 797 (2007) (Fleet Bank found to have violated Chapter 93A with respect to its wrongful conduct towards a bank customer).

As detailed in the attached document (with attachments) entitled "CLAIMS BY ESCOM LLC, PHONE.COM LLC & CONSULTANTS.COM LLC" (a copy of which was served on Bank employee Ms. Laura Boulay on June 18, 2008), which is fully incorporated herein by reference (the "Claim Summary"), Bank wrongfully allowed Mr. Christopher Britt ("Britt") to access, transfer and otherwise

STONEMAN, CHANDLER & MILLER LLP

Mr. Joseph P. Campanelli
July 9, 2008
Page 2

expropriate at least $500,961.62 in money that belongs to Escom,
Phone and Consultants (the "Lost Funds").  At no time was Britt
on any Bank record an approved signatory for these Escom, Phone
and Consultants accounts.  Although Britt acted illegally (and
this matter has been reported by my clients for prosecution by
the Federal authorities), Britt would not have been able to
obtain the Lost Funds (and no financial harm would have come to
Escom, Phone and/or Consultants) had not Bank repeatedly acted
in a grossly negligent, unfair, deceptive, willful, knowing and
wrongful fashion that violates Mass. Gen. L. c. 93A as well as
Bank's contractual, common law, statutory and/or fiduciary
relationship with Escom, Phone and Consultants.

     In addition, and despite having received the Claim Summary
on June 18, 2008, Bank has also wrongfully refused to date to
repay Escom, Phone and Consultants the Lost Funds even though it
is very clear that Bank's actions and/or inactions resulted in
this loss.  This refusal by Bank to reimburse or repay Escom,
Phone and Consultants the Lost Funds is itself an unfair,
deceptive, willful, knowing and wrongful act that violates Mass.
Gen. L. c. 93A as well as Bank's contractual, common law,
statutory and/or fiduciary relationship with Escom, Phone and
Consultants.

     Furthermore, Bank's continued failure to reimburse or repay
Escom, Phone and Consultants has and will continue to cause
additional substantial economic harm to all of these entities in
amounts that have yet to be quantified, including due to lost
opportunities and profits resulting from the unavailability of
the Lost Funds.

     In light of the foregoing, Escom, Phone, and Consultants
demand that Bank and/or Sovereign Bancorp, Inc. reimburse or
repay these entities the Lost Funds pursuant to the allocation
described in the Claim Summary.

     Under Mass. Gen. L. c. 93A, you have thirty (30) days from
your receipt of this letter to respond with a reasonable offer
of settlement.  If you fail to do so, sections 9 and/or 11 of
that statute provide that you can be found liable for multiple
(up to triple) damages as well as the reasonable attorneys fees
and costs incurred by Escom, Phone, and Consultants for the
prosecution of this action.

STONEMAN, CHANDLER & MILLER LLP

Mr. Joseph P. Campanelli
July 9, 2008
Page 3


Finally, unless the Lost Funds are reimbursed as demanded
in this letter, a request is hereby made for a complete copy of
the investigative files and reports of Ms. Laura Boulay and Bank
in this matter.


If you have any further questions on this matter, please
have your attorney contact either me or Attorney Brian H.
Leventhal, Esq. at the address on the Claim Summary.   Thank you.


Sincerely,

Geoffrey R. Bok

GRB/g
Enclosure
cc:  Denise A. Gaudet, Esq.
        (By email and first class mail)
     Brian H. Leventhal, Esq.
        (By email only)

## CLAIMS BY ESCOM LLC, PHONE.COM LLC & CONSULTANTS.COM LLC

On behalf of Sovereign Bank ("Bank") customers Escom LLC ("Escom"), Phone.com LLC ("Phone"), and Consultants.com LLC ("Consultants"), demand is hereby made that Bank promptly reimburse these entities a total of $500,961.62 for the negligence and other wrongs of the Bank described below. In each of these cases, the forgeries and/or frauds of Mr. Christopher Britt ("Britt")would not have been possible (and no harm would have come to Escom, Phone or Consultants) had not Bank acted in a negligent and wrongful fashion.

Contact by Bank on this matter to Escom, Phone and/or Consultants should be through the following attorneys for these entities:

Brian H. Leventhal, Esq.
General Counsel
WashingtonVC
600 Jefferson Street, Suite 320
Rockville, MD 20852
Tel: 301-775-9240
Fax: 301-576-3538
bleventhal@washingtonvc.com

Geoffrey R. Bok, Esq.
Stoneman, Chandler & Miller
99 High Street
Boston, MA 02110
Tel: 617-542-6789
Fax: 617-556-8989
gbok@scmllp.com

Please note that there may be additional transactions upon which claims will be made against Bank.

As requested by Bank, these matters were reported to the Office of the U.S. Attorney in Boston – which sent Escom, Phone and Consultants to talk to officials at the U.S. Postal Inspection Service at 495 Summer Street, Boston MA 02210. A meeting on these matters was held on June 17, 2008 with Postal Inspector/Fraud Team Leader Ms. Shelly A. Binkowski (tel: 617-556-4417) and Postal Inspector Ms. Kelly Blood (tel: 617-556-0429) who will be investigating this matter for possible criminal prosecution.

1.   $304,849.62 Claim of Escom

As shown on the attached documents, the only approved signatories on the Escom accounts at Bank in March 2008 were Andrew Miller and Peter Hubshman. Yet, on March 4, 2008, Britt went to a Bank branch office in Boston and without authority (i) closed the Escom checking account (61904955806) and transferred the $3,403.36 balance to Escom's money market account (61900164940), and (ii) then closed the Escom's money market account (61900164940) and put the entire balance of this account ($304,849.62) into a Bank "official check" (0038106) made out to "ESCOM LLC"). Bank then gave this check to Britt. Britt then deposited this check made out to Escom without any endorsement into a Bank account that does not belong to Escom.

Bank's culpability on this claim is thus multiple – e.g., allowing Britt to close the Escom checking account, allowing Britt to close the Escom money market account, allowing Britt to

1

remove the closing proceeds from these accounts through the Bank's "official check", and finally allowing Britt to deposit the "official check" made out to Escom into a non-Escom account rather than sending these proceeds to Escom.

2.    $150,000 Claim of Phone

As shown on the attached documents, a Fidelity Check for $150,000 from Mr. Brian Lee Scott and others that was made out to "Phone.com LLC" was deposited, apparently by Britt, into Bank account 61900068503 (which is not a Phone.com account) without consent from Phone.com.

Thus, Bank's culpability on this claim is allowing Britt to deposit a $150,000 check made out to Phone.com into a non-Phone.com account without a valid endorsement from any Phone account signatory.

3.    $5,612 Claim of Phone

As shown on the attached statement, Britt took a Phone check from its Bank checking account (61904967991) for $5,612.00 made out to "American Express" and deposited this check without any signature of endorsement into a Bank account not belonging to either American Express or Phone (apparently it was deposited into a Priviley LLC account controlled by Britt).

Thus, Bank's culpability on this claim is allowing Britt to deposit a $5,612 check made out to American Express into a non- American Express or Phone.com account without a valid endorsement from any American Express or Phone account signatory.

4.    $40,500 Claim of Consultants

As shown on the attached documents, Britt forged the signatures of the authorized signatories on Consultants' checking account (61904802552) on check numbers 1001, 1002, 1004, 1005, and 1006 – which total $40,500. All of these checks are made out to Priviley LLC, a business that Britt owns and that has no business relationship with Consultants.

Thus, Bank's culpability on this claim is allowing Britt to deposit these five forged checks into his Priviley account without a valid endorsement from any Consultants account signatory.

2



# Fax

| To: | From: |
|---|---|
| BRIAN | **Donna Wolfe, Vice President** |
| | Dwolfe@sovereignbank.com |

| Company: | Date: |
|---|---|
| | le -9-08 |

| Fax Number: | Total No. of Pages Including Cover: |
|---|---|

| Phone Number: | Sender's Phone Number: |
|---|---|
| | 617-236-2901 |

| RE: | Sender's Fax Number: |
|---|---|
| | 617-859-7937 |

_ Urgent       ☐ For Review       ☐ Please Comment       ☐ Please Reply

PRUDENTIAL BRANCH -800 BOYLSTON ST- BOSTON,MA 02199
617-236-0772- MA1 CBO 0619

*This fax message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender and destroy the message. Thank you.*

06/09/2008 MON 9:59 FAX                                                    ☑002/005

 **Sovereign Bank**

Commonwealth/State of __Massachusetts__

County of __Suffolk__

### AFFIDAVIT OF FORGERY

The undersigned, residing at the address given below, states that the check/draft/withdrawal described below has been examined and the item is disputed on the grounds of:

☒ Forged or Unauthorized Signature
☐ Forged or Unauthorized Endorsement
☐ Altered Amount/Payee/Date
☐ Endorsement Not as Drawn

Substitute Check Involved      ☐ Yes - Complete Online Adjustment Form and send Affidavit to Adj. Dept
Verbally Authorized Checks     ☐ Yes - Complete Online Adjustment Form and send Affidavit to Adj. Dept

|   |            |          |              |         |             |            |   |
|---|------------|----------|--------------|---------|-------------|------------|---|
| 1 | Withdrawal | 3/04/08  | $304,849.62  | 3/04/08 | 61900164940 | Escom LLC  |   |
| 2 |            |          |              |         |             |            |   |
| 3 |            |          |              |         |             |            |   |
| 4 |            |          |              |         |             |            |   |
| 5 |            |          |              |         |             |            |   |
| 6 |            |          |              |         |             |            |   |

**(Use separate form for each additional 5 items)**

I certify that I have not authorized any person to sign, endorse, or alter the item described above. I further certify that I have received no proceeds or any other benefit from the unauthorized payment/ negotiation of this item.

By my signature below, I agree to assist or testify on behalf of Sovereign Bank in the resolution and/or prosecution of this matter. I understand that if I fail to provide such assistance, the bank may treat that failure as ratification of the allegedly unauthorized conduct, which could result in the denial of reimbursement of my claim. _____ **(Customer initial)**

*If any check listed above is a remotely created draft, I hereby certify that I did not authorize the issuance of the remotely created check in the amount stated on the check or to the payee named on the check.*

Signature

Sworn to and subscribed before me                    (1) _____

this _____ day of _____                        (2) _____

Notary Public _____                    (3) _____

_____

Date: _____ Time: _____

**MAIL TO:**   Loss Prevention & Security      Fraud Claims      MA1 MB3 02-05

Revised 05.25.07

**A. SUPPLEMENT TO AFFIDAVIT OF FORGERY:**_____ Date:_____

1. Affiant's Residential Address:

_____ Phone:_____

2. Business Address

_____ Phone _____

**FORGED SIGNATURE:**

3. Checks taken from:   (Address & specific location)

_____ Date taken:_____

4. Quantity taken:

_____ Serial No's _____

5. How were checks obtained by the forger?   ☐ Burglary   ☐ Larceny
   Additional comments:

6. Police Department and case number: (Hard Copy preferred)

7. Does Affiant know the payee?                    ☐ Yes          ☐ No
   Explain:

8. Was anything else missing? (Identification, ATM card, Credit Card) ☐ Yes ☐ No  If yes, please describe below:

**FORGED ENDORSEMENT:**

9. Did the payee ever have possession of the check?        ☐ Yes          ☐ No

10. Did the payee endorse the check?                       ☐ Yes          ☐ No

**FORGED WITHDRAWAL:**

11. Savings account type:          Passbook              Statement

12. Where was the passbook/register kept?

13 How was the passbook taken              ☐ Burglary   ☐ Larceny

14. Who had access to the passbook/register?

**ALTERATIONS:**

15. How is the item altered?
              Amount              Date          Payee name

**B.  GENERAL:**

16. Does affiant suspect a specific person?               ☐ Yes          ☐ No

State Name & Address:

**MAIL TO:**   Loss Prevention & Security    Fraud Claims .    MA1 MB3 02-05

                                                Revised 05.25.07

06/09/2008 MON 10:00 FAX                                                    ☑004/005

17. Does affiant know a person fitting the suspect's description?    ☐ Yes          ☐ No
    State Name & Address:

06/09/2008 MON 7:57  FAX                                             ☑002/002



Capture Date: 03/05/2008 Account: 98500936889 AltAcct: 98500936889 Amount: $304,849.62 RT: 11075150 TC: 90 Orig TC: 0
Serial Number: 38106 Capture Site: 610 DbCr: D EndPoint: 0 Adjustment Flag: - Onus\Transit: - Sequence Number: 433875940 IRD: 0



# Fax

| To: | From: |
|---|---|
| BRIAN | **Donna Wolfe, Vice President** |
| | Dwolfe@sovereignbank.com |
| Company: | Date: 6-9-08 |
| Fax Number: | Total No. of Pages Including Cover: 7 |
| Phone Number: | Sender's Phone Number: 617-236-2901 |
| RE: | Sender's Fax Number: 617-859-7937 |

_ Urgent        ☐ For Review        ☐ Please Comment        ☐ Please Reply

PRUDENTIAL BRANCH -800 BOYLSTON ST- BOSTON.MA 02199
617-236-0772- MA1 CBO 0619

This fax message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to
receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message.
If you have received the message in error, please advise the sender and destroy the message. Thank you.

06/09/2008 MON 10:43  FAX                                                ☒002/007

**Signature Card**          Date Opened: 01/05/2006          By: Donna Wolfe

| Institution Name & Address | Internal Use |
|---|---|
| Sovereign Bank New England<br>75 State St<br>Boston Ma 02110 | **Account Title & Address**<br>ESCOM LLC<br><br>123 NEWBURY ST 2ND FLOOR<br>BOSTON MA 02116 |

**Ownership of Account**

The specified ownership will remain the same for all accounts.

☐ Individual            ☐ Corporation - For Profit
☐ Joint with Survivorship   ☐ Corporation - Nonprofit
☐ Informal Trust         ☐ Partnership
                          ☐ Sole Proprietorship
                          ☒ Limited Liability Company
                          ☐ Unincorporated Association
☐ Formal Trust–Separate Agreement Dated: _____

**IMPORTANT ACCOUNT OPENING INFORMATION:** Federal law requires us to obtain sufficient information to verify your identity. You may be asked several questions and to provide one or more forms of identification to fulfill this requirement. In some instances we may use outside sources to confirm the information. The information you provide is protected by our privacy policy and federal law.

Enter Business Entity Information below. There is additional Owner/Signer Information space on page 2.

| Type of Account | Account # | Initial Deposit Source |
|---|---|---|
| Checking | 61904955806 | $ 10.00<br>☒ Cash ☐ Check<br>☐ |
| | | $<br>☐ Cash ☐ Check<br>☐ |

Number of signatures required for withdrawal: _1_

**Owner/Signer Information 1**

| | |
|---|---|
| Name | ANDREW T MILLER |
| Address (No P.O. Boxes) | 32 STUART ST<br>NEWTON MA 02459 |
| Mailing Address (if different) | |
| Home Phone | (617)418-6586 |
| Work Phone | (617)517-9311 |
| Mobile Phone | |
| E-Mail | |
| Birth Date | 03/25/65 |
| SSN/TIN | 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 |
| Country of Citizenship | United States |
| Primary ID | KC - IDing TM ____<br>Sup Approval ____ |
| Secondary ID | EC - |
| Occupation | PRESIDENT & CO FOUNDER |
| Employer's Name & Address | INTERNET REAL ESTATE.COM<br>123 NEWBURY ST 2ND FL<br>BOSTON MA 02116 |
| Mother's Maiden Name | |

**Signature(s)**

The undersigned authorize the financial institution to investigate credit and employment history and obtain reports from consumer reporting agency(ies) on them as individuals. Except as otherwise provided by law or other documents, each of the undersigned is authorized to make withdrawals from the account(s), provided the required number of signatures indicated above is satisfied. The undersigned personally and as, or on behalf of, the account owner(s) agree to the terms of, and acknowledge receipt of copy(ies) of, the following:

☒ Deposit Account Agreement    ☐ Rate Information   ☐ Privacy Policy
☒ Fee Schedule                 ☐ CD Disclosure
☐

**Business Entity Information**

| | |
|---|---|
| Name | ESCOM   LLC |
| EIN | 20-4038609 |
| Phone | (617)517-9312 |
| Mobile Phone | |
| E-Mail | |
| State/Country & Date of Organization | DE /<br>01/04/06 |
| Nature of Business | MARKETING |
| Address (No P.O. Boxes) | 123 NEWBURY ST 2ND FLOOR<br>BOSTON MA 02116 |
| Mailing Address (if different) | |
| Primary Purpose of Account | Operating |
| Percentage of International Operation or Sales | 0% |
| ChexSystems Inquiry Performed | ☒ Yes ☐ No   Result |

[x ~~~~~~~~~~~~~~~~ ]
Qualified  Approved _____ Sup. Approval_____

[x ~~~~~~~~~~~~~~~~ ]
Qualified  Approved _____ Sup. Approval_____

[x ]
Qualified _____ Sup. Approval_____

[x ]
Qualified _____ Sup. Approval_____

☐ Authorized Signer (if checked and account is individual and consumer purpose, the last of the above signers is an Authorized Signer.)

ExpereS  © 2003 Bankers Systems, Inc., St. Cloud, MN Form SOV-MPMP-MA 9/24/2003                    (page 1 of 2)

☑003/007

06/09/2008 MON 10:30 FAX ☑002/002

## Escom LLC

61904955806

304 Newbury Street
Suite #187
Boston, MA 02115
(617) 517-9301

March 6, 2008

Dear Sir or Madam:

I authorize Christopher Britt to sign on behalf of Escom and also request that you remove Peter Hubshman from the Escom bank accounts.

3/6/08

Andrew Miller
Manager, Domain Name Acquisition Group LLC

06/09/2008 MON 10:44  FAX                                                  ☑004/007

```
Page: 1 Document Name: untitled

DDMAIN          Demand Deposit Display Main        3037      06/06/08

Acct 61900164940      PMA ACCOUNT          RATE INDEX    432   Pg 1 of 2
A-  -------------------CRF WINDOW-------------   Alpha-key   ESCOMLLC01    15
I-                                               TIN         20-4038609    LL
L   ESCOM LLC                                    Birth date  01/04/2006     0
C   304 NEWBURY ST STE 487                       Home phone  000-000-0000   2
    BOSTON MA 02115-2839                         Work phone  617-517-9312   FF
                                                                            0
    ------Account Holders-------  --Acct Rel--   ----Demand Deposit----    08
    ESCOM LLC                     PRIMARY        Branch 0619 Area   0619    07
    PETER HUBSHMAN                ORG-OFFICER    Officer 015 Class 10005    07
    ANDREW T MILLER               ORG-OFFICER
    DONN WORBY                    ORG-OFFICER
A   -----------Customer Comments-------------------  --Emp-- --Date--      00
H   (NO COMMENTS ON FILE FOR THIS CUSTOMER.)                               00
F                                                                          00
H                                                                          ND

C                 F3=Exit
```

06/09/2008 MON 10:44  FAX                                                      ☑005/007

CHECKING, SAVINGS AND MONEY MARKET CLOSEOUT WITHDRAWAL

CUSTOMER NAME  _ESCOM LLC_  DATE _3/4/08_

CUSTOMER ADDRESS

WRITTEN AMOUNT  _Three Hundred, Four Thousand, eight hundred, forty-nine & 62/100_

CUSTOMER SIGNATURE

Withdra D 03/04/08 17:26 Tlr 003  0
AN 61900164940          Seq 0075   0619
Amt  304,849.62

ACCOUNT NUMBER                                    AMOUNT

_61900164940_          $  _304,849.62_

⑆5637⑈5594⑆

CaptureDate:03/04/2008 Account:61900164940 AltAcct:61900164940 Amount:$304,849.62 RT:56375594 TC:94 OrigTC:0
SerialNumber:0 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:- SequenceNumber:433153670 IRD:0 BLNK:0

0433153670  >211370299<
RO26 B40 P1 SOVEREIGN
03/04/2006 BOSTON,MA

06/09/2008 MON 10:44 FAX                                    ☑006/007

## LIMITED LIABILITY COMPANY AUTHORIZATION RESOLUTION

**Sovereign Bank New England**         By: **ESCOM LLC**
75 State St                                           (Limited Liability Company)
Boston Ma 02110

                                  **123 NEWBURY ST 2ND FLOOR**
                                                (Address)

                                    **BOSTON MA 02116**
                                            (City, State and Zip Code)

**A. I,** PETER HUBSHMAN _____, certify that I am a manager of, or a member designated to act on behalf of, the above named limited liability company organized under the laws of DELAWARE _____, Federal Employer I.D. Number 20-4038609 _____; engaged in business under the trade name of ESCOMLLC _____ ; and that the following is a correct copy of resolutions adopted at a duly and properly called meeting held on 01/04/2006 _____ of all members of the limited liability company or the person or persons designated by the members of the limited liability company to manage the limited liability company as provided in the articles of organization or an operating agreement, hereinafter referred to as "Managers". These resolutions appear in the minutes of that meeting and have not been rescinded or modified.

**B. Be it resolved that,**

(1) The Financial Institution named above is designated as a depository for the funds of this limited liability company.

(2) This resolution shall continue to have effect until express written notice of its rescission or modification has been received and recorded by this Financial Institution.

(3) All transactions, if any, with respect to any deposits, withdrawals, rediscounts and borrowings by or on behalf of this limited liability company with this Financial Institution prior to the adoption of this resolution are hereby ratified, approved and confirmed.

(4) Any of the persons named below, so long as they act in a representative capacity as agents of this limited liability company, are authorized to make any and all other contracts, agreements, stipulations and orders which they may deem advisable for the effective exercise of the powers indicated below, from time to time with this Financial Institution, concerning funds deposited in this Financial Institution, moneys borrowed from this Financial Institution or any other business transacted by and between this limited liability company and this Financial Institution subject to any restrictions stated below.

(5) Any and all prior resolutions adopted by the Managers of this limited liability company and certified to this Financial Institution as governing the operation of this limited liability company's account(s), are in full force and effect, unless supplemented or modified by this authorization.

(6) This limited liability company agrees to the terms and conditions of any account agreement, properly opened by any authorized representative(s) of this limited liability company. The Financial Institution may charge this limited liability company for all checks, drafts, or other orders for the payment of money that are drawn on the Financial Institution which contain the required number of signatures for this purpose. The Financial Institution may rely on facsimile signatures, regardless of by whom or by what means the facsimile signature(s) may have been affixed so long as they resemble the facsimile signature specimens in section C, or the facsimile signature specimens that this limited liability company files with the Financial Institution from time to time.

**C.** If indicated, any person listed below (subject to any expressed restrictions) is authorized to:

|  | Name and Title | Signature | Facsimile Signature (if used) |
|---|---|---|---|
| (a) | ANDREW MILLER    PRESIDENT | | |
| (b) | PETER HUBSHMAN    CEO | | |
| (c) | | | |
| (d) | | | |

Indicate a, b, c and/or d

A.B _____ (i) Exercise all of the powers listed in (ii) through (vi).

_____ (ii) Open any deposit or checking account(s) in the name of this limited liability company.

_____ (iii) Endorse checks and orders for the payment of money and withdraw funds on deposit with this Financial Institution. Number of authorized signatures required for this purpose _____

_____ (iv) Borrow money on behalf and in the name of this limited liability company, sign, execute and deliver promissory notes or other evidences of indebtedness.

                        Number of authorized signatures required for this purpose _____

_____ (v) Endorse, assign, transfer, mortgage or pledge bills receivable, warehouse receipts, bills of lading, stocks, bonds, real estate or other property now owned or hereafter owned or acquired by this limited liability company as security for sums borrowed, and to discount the same, unconditionally guarantee payment of all bills received, negotiated or discounted and to waive demand, presentment, protest, notice of protest and notice of non-payment. Number of authorized signatures required for this purpose _____

_____ (vi) Enter into written lease for the purpose of renting and maintaining a Safe Deposit Box in this Financial Institution. Number of authorized persons required to gain access and to terminate the lease _____

**D.** I further certify that the Managers of this limited liability company have, and at the time of adoption of this resolution had, full power and lawful authority to adopt the foregoing resolutions and to confer the powers granted to the persons named who have full power and lawful authority to exercise the same.

In Witness Whereof, I have hereunto subscribed my name and affixed the seal, if any, of this limited liability company on
01/05/2006 _____
(date)

                                    Manager

Seal                              Attest by One Other Manager

© 1992, 1995 Bankers Systems, Inc., St. Cloud, MN (1-800-397-2341) Form LLC-1 3/14/94                                 *(page 1 of 1)*

06/09/2008 MON 10:45 FAX            ☒007/007

## Signature Card
Date Opened: 01/05/2006      By: Donna Wolfe

### Institution Name & Address
Sovereign Bank New England
75 State St
Boston Ma 02110

**IMPORTANT ACCOUNT OPENING INFORMATION:** Federal law requires us to obtain sufficient information to verify your identity. You may be asked several questions and to provide one or more forms of identification to fulfill this requirement. In some instances we may use outside sources to confirm the information. The information you provide is protected by our privacy policy and federal law.

Enter Business Entity Information below. There is additional Owner/Signer Information space on page 2.

### Owner/Signer Information 1

| | |
|---|---|
| Name | ANDREW T MILLER |
| Address (No P.O. Boxes) | 32 STUART ST NEWTON MA 02459 |
| Mailing Address (if different) | |
| Home Phone | (617)416-6586 |
| Work Phone | (617)517-9311 |
| Mobile Phone | |
| E-Mail | |
| Birth Date | 03/25/65 |
| SSN/TIN | 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 |
| Country of Citizenship | United States |
| Primary ID | KC - IDing TM   Sup Approval |
| Secondary ID | EC - |
| Occupation | PRESIDENT & CO FOUNDER |
| Employer's Name & Address | INTERNET REAL ESTATE.COM 123 NEWBURY ST 2ND FL BOSTON MA 02116 |
| Mother's Maiden Name | |

### Business Entity Information

| | |
|---|---|
| Name | ESCOM LLC |
| EIN | 20-4038609 |
| Phone | (617) 517-9312 |
| Mobile Phone | |
| E-Mail | |
| State/Country & Date of Organization | DE / 01/04/06 |
| Nature of Business | MARKETING |
| Address (No P.O. Boxes) | 123 NEWBURY ST 2ND FLOOR BOSTON MA 02116 |
| Mailing Address (if different) | |
| Primary Purpose of Account | Operating |
| Percentage of International Operation or Sales | 0% |
| ChexSystems Inquiry Performed | ☒ Yes ☐ No   Reason   NO RECORD   MERLYN |

### Internal Use

#### Account Title & Address
ESCOM LLC

123 NEWBURY ST 2ND FLOOR
BOSTON MA 02116

#### Ownership of Account
The specified ownership will remain the same for all accounts.

☐ Individual     ☐ Corporation - For Profit
☐ Joint with Survivorship     ☐ Corporation - Nonprofit
☐ Informal Trust     ☐ Partnership
    ☐ Sole Proprietorship
    ☒ Limited Liability Company
    ☐ Unincorporated Association
☐ Formal Trust-Separate Agreement Dated: ___
☐ ___

| Type of Account | Account # | Initial Deposit Source |
|---|---|---|
| Checking | 61904955806 | $ 10.00  ☒ Cash  ☐ Check  ☐ ___ |
| 6190016494O MONEY MKT | | $ ___  ☐ Cash  ☐ Check  ☐ ___ |

Number of signatures required for withdrawal: 1

#### Signature(s)
The undersigned authorize the financial institution to investigate credit and employment history and obtain reports from consumer reporting agency(ies) on them as individuals. Except as otherwise provided by law or other documents, each of the undersigned is authorized to make withdrawals from the account(s), provided the required number of signatures indicated above is satisfied. The undersigned personally and as, or on behalf of, the account owner(s) agree to the terms of, and acknowledge receipt of copy(ies) of, the following:

☒ Deposit Account Agreement   ☐ Rate Information   ☐ Privacy Policy
☒ Fee Schedule   ☐ CD Disclosure
☐ ___

[ x _____ ]
Qualifile _Approved_ ___ Sup. Approval___

[ x _____ ]
Qualifile _Approved_ ___ Sup. Approval___

[ x _____ ]
Qualifile ___ Sup. Approval___

[ x _____ ]
Qualifile ___ Sup. Approval___

☐ Authorized Signer (If checked and account is individual and consumer purpose, the last of the above signers is an Authorized Signer.)

ExpereS ©2003 Bankers Systems, Inc., St. Cloud, MN Form SOV-MPMP-MA 9/24/2003

(page 1 of 2)

```
                      ******************
                      *** TX REPORT ***
                      ******************


     JOB NO.              2457
     ST. TIME             06/09 10:42
     PGS.                 7
     SEND DOCUMENT NAME

     TX/RX INCOMPLETE     -----
     TRANSACTION OK       13015763538
     ERROR                -----
```



**Sovereign Bank**

# Fax

| To: | From: |
|---|---|
| BRIAN | **Donna Wolfe, Vice President** |
| | Dwolfe@sovereignbank.com |
| Company: | Date: 6-9-08 |
| Fax Number: | Total No. of Pages Including Cover: 6 4 |
| Phone Number: | Sender's Phone Number: 617-236-2901 |
| RE: | Sender's Fax Number: 617-859-7937 |

☐ Urgent     ☐ For Review     ☐ Please Comment     ☐ Please Reply

06/09/2008 MON 12:51  FAX                                          ☒002/005

100000-0
ESCOM LLC
304 NEWBURY ST STE 487
BOSTON MA 02115-2839

Statement Period 03/01/08 TO 03/31/08
Primary Account #: 61904955806

For your convenience our Business
Solution Center is available Monday
through Friday, 8:00 a.m. to 6:00 p.m.
Call us at 1-877-768-1145.
www.sovereignbank.com

70340



## Accept credit and debit payments and get next-day funds access!

Offer your customers the payment choices they really want—and get
faster access to that cash. With Sovereign Merchant Services, you'll
benefit from:

* Next business day access to your funds (1)
* Affordable processing for businesses of any size
* Acceptance of all major credit cards and debit cards via terminals,
telephone, Internet or mail order
* A full range of terminals and integrated point-of-sale systems
* Online account reconciliation and reporting
* State-of-the-art hardware and software

To get all the details on Sovereign Merchant Services, call the
toll-free number at the top of this page, visit us online at
sovereignbank.com, or email us at specserv@sovereignbank.com.

(1) Next-day funds access for VISA and MasterCard credit and
signature-based debit card transactions only. Available when linked
to your Sovereign business checking account and when all outlined
procedures are followed.

DEPOSITS INSURED BY FDIC    EQUAL OPPORTUNITY LENDER        61904955806

Statement Period 03/01/08 TO 03/31/08
PRIMARY ACCOUNT #: 61904955806

**FREE BUSINESS CHECKING**                    Statement Period 03/01/08  -  03/31/08

*ESCOM LLC*                                              *Account # 61904955806*

### Balances

| Beginning Balance | $3,403.35 | Ending Balance | $0.00 |
|---|---|---|---|
| Deposits/Credits | + $0.00 | Average Daily Balance | $5,472.32 |
| Withdrawals/Debits | - $3,403.35 | | |

### Account Activity

| Date | Description | Credits | Debits | Balance |
|---|---|---|---|---|
| 03-01 | Beginning Balance | | | $3,403.35 |
| 03-04 | CLOSING TRANSACTION | | $3,403.35 | $0.00 |
| 03-31 | Ending Balance | | | $0.00 |



CHECKING, SAVINGS AND MONEY MARKET CLOSEOUT WITHDRAWAL

CUSTOMER NAME  ESCOM                    DATE  3/4/08

CUSTOMER ADDRESS

WRITTEN AMOUNT  Three Thousand, Four hundred, three & 35/100

CUSTOMER
SIGNATURE

Date 03/04/08 17:24 Teller 002
Withdrawal
AN: *******5806          0619         Snq: 102
Transaction Amount:                    $3,403.35
Prior Day Closing Bal:                 $3,403.35
Current Balance:                       AMOUNT
Available Balance: $

ACCOUNT NUMBER

61904955806                            3,403.35

⑆5637⑈5594⑆

CaptureDate:03/04/2008 Account:61904955806 AltAcct:61904955806 Amount:$3,403.35 RT:56375594 TC:94 OrigTC:0
SerialNumber:0 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:- SequenceNumber:433152440 IRD:0 BLNK:0

0433152440  >211370299<
R026 B39 P1 SOVEREIGN
03/04/2008 BOSTON,MA

06/09/2008 MON 12:52 FAX                                                    ☑005/005

**ADVICE OF CREDIT**                    Sovereign Bank Now England                    MD024NE (rev date 04/06)

DATE

3/4/08

PREPARED BY

APPROVED BY

CUSTOMER NAME: CSCON
WE CREDIT YOUR ACCOUNT AS FOLLOWS:

☐ FEE REBATE                           ☐ DEPOSIT CORRECTION
☐ LOAN DISBURSEMENT                    ☐ OTHER

DETAILS OF TRANSACTION (REQUIRED): Acct Trans

Date 03/04/08 17:24 Teller 002
Deposit
AN: ######4940          0619        Seq: 103
Transaction Amount:
Prior Day Closing Bal:              $3,403.35
Current Balance:           $301,    **TOTAL AMOUNT**
Available Balance:         $304,849.62
                    $              $3,403.35

ACCOUNT NUMBER

61900164940

⑈5637⑈5530⑈

CaptureDate:03/04/2008 Account:61900164940 AltAcct:61900164940 Amount:$3,403.35 RT:56375530 TC:30 OrigTC:0
SerialNumber:0 CaptureSite:610 DbCr:C EndPoint:0 AdjustmentFlag:- Onus\Transit:- SequenceNumber:433152430 IRD:0 BLNK:0

0433152430  >211370279<
R026 B39 P1 SOVEREIGN
03/04/2008 BOSTON,MA

# Exhibit K

07/11/2008 FRI 11:23 FAX                                                    ☒001/005

Denise A. Gaudet, Esq.
Assistant General Counsel
75 State Street
MA1-SST-04-01
Boston, Massachusetts  02109
dgaudet@sovereignbank.com



Telephone:     (617) 757-5435
Fax:           (484) 338-2842

# Fax

| To: | Geoffrey R. Bok, Esq. | From: | Denise A. Gaudet, Esq. |
|---|---|---|---|
| **Fax:** | 617-556-8989 | **Pages:** | 5 (including this cover page) |
| **Phone:** | 617-542-6789 | **Date:** | July 11, 2008 |
| **Cc:** | | | |

MESSAGE:

If you should have any questions or a problem with this transmission, please call:

Carolyn L. Williams 617-757-5625

## CONFIDENTIALITY NOTICE

The information contained in this facsimile message is privileged and confidential information intended for the use of the addressee(s) listed above. If you are neither the intended recipient nor the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, copying or distribution of this information is strictly prohibited.

If you receive this facsimile message in error, please immediately notify us by telephone at the number listed above to arrange for the return of the original documents.

07/11/2008 FRI 11:23 FAX                                                    ☑002/005

# ✻ Sovereign Bank

July 11, 2008

BY FACSIMILE AND
FIRST CLASS MAIL

Geoffrey R. Bok, Esquire
Stoneman, Chandler & Miller LLP
99 High Street
Boston, Massachusetts   02110

Dear Mr. Bok:

This is to advise you that Sovereign Bank has today placed an administrative
freeze on the accounts listed below, all of which are associated with Andrew
Miller.

We are taking this action in accordance with the terms of our Business Deposit
Account Agreement because we have been unable to determine who is
authorized to act on behalf of the entities listed below.  Mr. Miller, who has
verbally stated that he is authorized to transact business on these accounts, has
refused to provide current resolutions and to execute new signature cards.  In
addition, as I have stated on a couple of occasions and in light of the significant
claim being asserted against the bank for allegedly unauthorized transactions,
we must have the operating and management agreements for all these entities,
both to conduct our investigation of the claim being asserted against the bank
and because we must review these documents to confirm who is actually
authorized to act on behalf of these companies.

Therefore, in order for the bank to remove the administrative freeze for any of
the accounts listed below, we must have the proper organizational and
management agreements and properly completed and executed LLC resolutions
and signature cards for each entity.  The operating and management agreements
may be sent to my attention either by mail or by fax to 484-338-2842.

The accounts on which the administrative freeze has been placed are:

Alerts.Com, LLC
# 61904809847 (Checking)

Sovereign Bank Legal Department
75 State Street
Mail Code MA1 SST 04 01
Boston, Massachusetts   02109

Approvals.Com, LLC
# 61904809821 (Checking)

Carbs.Com, LLC
# 61904942648 (Checking)

Chocolate.Com, LLC
# 41800001715 (Checking)
# 61904955392 (Checking)

Internet Real Estate Group, LLC
# 61900169519 (Money Market)
# 41801006515 (Money Market)
# 61904971373 (Checking)
# 61900504889 (Checking)

Jeans.Com, LLC
#61904967272 (Checking)

Love Tactics.Com, LLC
#61904938299 (Checking)

MedicalDevices.Com, LLC
#61904971878 (Checking)

Patents.Com, LLC
#61904809227 (Checking)

PetFood.Com, LLC
#61904809839 (Checking)

Phone.Com, LLC
#61904967991 (Checking)
#61900167786 (Money Market)

Relationship.Com, LLC
#61900505928 (Checking)

Safety.Com, LLC
#61904942481 (Checking)

SEM.Com, LLC

Sovereign Bank Legal Department
75 State Street
Mail Code MA1 SST 04 01
Boston, Massachusetts  02109

☎004/005

#61904809169 (Checking)

Software.Com, LLC
#61904955798 (Checking)
#61900165020 (Money Market)

Sweepstakes.Com, LLC
#61904971563 (Checking)

WeddingGift.Com, LLC
#61904971183

Win In Love. COM, LLC
#61904802578 (Checking)
#61904802610 (Merchant Account)

Consultant.com
#61904802552 (checking)

With respect to the demand for reimbursement, in order for the bank to complete its investigation of the claim being asserted for unauthorized withdrawals, our Loss Prevention and Security Department has indicated that we require, in addition to the operating and management agreements for the applicable companies, the following information:

1. The date on which the alleged perpetrator, Christopher Britt ("Britt"), was hired by Internet Real Estate Group ("IREG"), his job title and a detailed description of his job responsibilities;

2. A detailed description of Britt's responsibilities for the deposit accounts maintained by IREG and affiliated companies;

3. Information regarding the transition of Britt from employee to accountant;

4. Information regarding whether Mr. Miller signed any letter or other documentation authorizing Britt to conduct banking transactions on any IREG or affiliated accounts, including using online banking services, and if so, when and for what accounts;

5. Information regarding whether Mr. Miller ever allowed Britt to sign any checks or conduct transactions on behalf of IREG or the affiliate companies;

6. Information regarding signature of Peter Hubshman on a confirmation of endorsement dated March 6, 2008 of the $300,000 check made payable to Escom LLC and deposited into an account in the name of Priviley LLC; and

7. Information regarding whether Britt has made any restitution to IREG or its affiliated companies.

I note that this is not an exhaustive list of the information and documents we need to complete our investigation but represents the items needed at the present time to move our investigation forward. We reserve the right to request additional information should the need arise.

Should you have any questions, please feel free to telephone me at 617-757-5435.

Very truly yours,

Denise A. Gaudet, Esq.

cc:   C. Lynch
      D. Wolfe
      L. Boulay
      H. Flanders