# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **Phone.com, LLC et al** | **Civil Action No: 08cv11717-WGY** |
| **Plaintiff** | |
| **v.** | |
| **Sovereign Bank** **Defendant** | |

## SETTLEMENT ORDER OF DISMISSAL

**YOUNG, D.J.**

   **The Court having been advised on March 1, 2010  that the above-entitled action has been settled:**
   **IT IS ORDERED that this action is hereby dismissed without cost and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.**

**By the Court,**

**/s/Matthew A. Paine**

_____

**Deputy Clerk**

**March 1, 2010**

**To: All Counsel**